McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00219-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| MARK NOBLE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion for compassionate release on February 2, 2021. Docket No. 246.

2.  Counsel for the government requests until February 19, 2021 to obtain relevant records and draft the government's response to the defendant's motion.

3.  The defendant does not oppose the government's request.

4.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before February 19, 2021;

    b) The defendant's reply to the government's response to be filed on or before

March 5, 2021.

IT IS SO STIPULATED.

Dated:  February 2, 2021					McGREGOR W. SCOTT
							United States Attorney


							/s/ JEFFREY A. SPIVAK
							JEFFREY A. SPIVAK
							Assistant United States Attorney


Dated:  February 2, 2021					 /s/ N. ALLEN SAWYER
							N. ALLEN SAWYER
							Counsel for Defendant
							MARK NOBLE


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 246, is due on or before February 19, 2021;

b) The defendant's reply to the government's response, if any, is due on March 5, 2021.

IT IS SO ORDERED.

Dated:  **February 2, 2021**			_____
							UNITED STATES DISTRICT JUDGE